COLONIAL DAMES OF AMERICA, Appellant, v. COLONIAL DAMES OF STATE OF NEW YORK, Respondent. COLONIAL DAMES OF AMERICA, Appellant, v. NATIONAL SOCIETY OF COLONIAL DAMES et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1901.)

Actions by the Colonial Dames of America against the Colonial Dames of the State of New York and against the unincorporated association calling itself the National Society of the Colonial Dames of America and Justine Van Rensselaer Townsend as president thereof. F. Bartlett, for appellant. J. M. Bowers, for respondents. No opinion. Judgment (60 N. Y. Supp. 302) affirmed, with costs.